Case 4:21-cv-00744   Document 42   Filed on 11/01/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RHONDA CLIFFORD, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00744 |
| NATIONAL REPUBLICAN SENATORIAL COMMITTEE, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Reply in Support of Motion to Dismiss for Failure to State a Claim (Doc. #41). The Court finds that the Reply does not comply with Rule B.5 of this Court's Procedures and Practices. Specifically, reply briefs may not exceed five pages in length from first page to signature. Accordingly, it is hereby ORDERED that Defendant's Reply in Support of Motion for Summary Judgment be STRICKEN from the record.

It is so ORDERED.

NOV 0 1 2021
Date

The Honorable Alfred H. Bennett
United States District Judge